### CONNEY etc. ag$^t$ PROUTT

John Conney and John Jndicott Attournys of Cap$^t$ Samuel Mosely plaint. ag$^t$ Timothy Proutt Jun$^r$ Def$^t$ The plaint$^s$ withdrew theire action upon a judgem$^t$ acknowledged unto them.

### BARTHOLMEW agt. ARNOLD

William Bartholmew plaint. ag$^t$ Joseph Arnold of Brantery Def$^t$ in an action of debt of Eight pounds in mony due by bill with all other due damages etc. . . . The Jury . . . found for the plaint. Eight pounds mony according to bill and costs of Court.

Execution issued. 8th Aug$^o$ 1677.

### LOYD agt. BULLIS

James Loyd plaint. ag$^t$ Phillip Bullis Def$^t$ in an action of debt of ten pound twelve Shillings in mony due for goods sold and deliu$^{rd}$ the wife of s$^d$ Bullis as shall appeare by booke and bill under her hand with all other due damages &c. . . . The Iury . . . found for the Defend$^t$ costs of Court. [456]

### RUMMIN ag$^t$ HUDSON

John Rummin plaint. ag$^t$ Cap$^t$ William Hudson Def$^t$ in an action of the case for not paying the Summe of thirty one pound four Shillings in mony due for two yeares Salery at six Shillings per weeke with due interest and all other due damages &c. . . . The Jury . . . found for the plaint. twenty pounds mony and costs of Court allow$^d$ Forty Shillings 6$^d$

Execucion issued Janur$^o$ 12$^o$ 1677

### FREAKE ag$^t$ ROBINSON

Elisabeth Freake adm$^x$ of her late husband m$^r$ John Freake dec$^d$ or her lawfull Attourny plaint. ag$^t$ Nathanael Robinson Def$^t$ in an action of debt of Seven pound five Shillings in mony due by bill bearing date Feb$^{ry}$ 8th 1671/72. under the hand of s$^d$ Robinson with interest and all other due damages &c. . . . The Jury . . . found for the Def$^t$ costs of Court: The plaint. appeal$^d$ from this Judgem$^t$ unto the next Court of Assistants and was bound to prosecute.